Jason M. Rapa, Esquire
jrapa@rapalegal.com

Matthew J. Rapa, Esquire
mrapa@rapalegal.com

Jennifer Lynn Rapa, Esquire
jenrapa@rapalegal.com



141 S. 1st Street
Lehighton, PA 18235
*(Please reply to this address)*

609 Hamilton Street, 1st Floor
Sovereign Building
Allentown, PA 18101

610 377-7730
610 377-7731 *(fax)*
866 740-6117 *(toll-free)*

May 31, 2016

**VIA ELECTRONIC FILING**
Honorable Judge Joseph F. Leeson, Jr.
Edward N. Cahn U.S. Courthouse & Federal Building
504 Hamilton Street
Allentown, PA 18101

    RE:    **Leslie B. Carden v. National Collegiate Student Loan Trust 2006-4 et al.**
              **Eastern District Case No.: 5:16 -CV-00692**

Dear Judge Leeson:

The above-referenced matter has been resolved by agreement between the parties. Please enter an order dismissing the action with prejudice pursuant to Local Rule 41.1b, allowing this Honorable Court to retain jurisdiction over the matter for a period of sixty (60) days, so as to allow enforcement the terms of the settlement agreement through the Court should the parties be unable to fulfil the settlement terms.

Thank you for your time and attention to this matter. Should you have any questions or concerns please do not hesitate to contact my office.

Very truly yours,

Jason M. Rapa, Esquire

Cc:    Aaron E. Easley (via Email)
       Danielle M. Karcich (via Email)
       Michael F. Ratchford (via Email)